ACCEPTED
12-13-00394-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/10/2015 9:48:50 AM
Pam Estes
CLERK

# STEVEN J. LIEBERMAN
## Attorney At Law

Office 713.228.8500

JPMorgan Chase Bank Building
712 Main Street, Suite 2400
Houston, Texas 77002
slieber699@aol.com

Fax 713.228.0034

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/10/2015 9:48:50 AM
PAM ESTES
Clerk

November 9, 2015

Pam Estes, Clerk
Twelfth Court of Appeals
1517 West Front St., Suite 354
Tyler, Texas 75702

RE:  *Ray Hawkins Jr. vs. The State of Texas*
     Appeal Number:   12-13-00394-CR
     Trial Number:     17626
                      Cherokee County

Dear Ms. Estes,

I certify that on October 22, 2015, I complied with Tex. R. App. P. 48.4. I am attaching a copy of the certified mail receipt and the return receipt.

Respectfully,

Steven J. Lieberman

SJL/jk

Attachments:      Certified mail receipt and return receipt

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7014 2870 0002 0557 1548

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street & Apt. No., or PO Box No.

City, State, ZIP+4

**LEGAL MAIL**
Ray Hawkins, Jr.
TDCJ #1919212
Alfred D. Hughes Unit
3201 Farm to Market 929
Gatesville, Texas 76528

PS Form 3800,

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**LEGAL MAIL**
Ray Hawkins, Jr.
TDCJ #1919212
Alfred D. Hughes Unit
3201 Farm to Market 929
Gatesville, Texas 76528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Swolshe*    ☑ Agent  ☐ Addressee

B. Received by (Printed Name)
S Wolshe

C. Date of Delivery
10/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7014 2870 0002 0557 1548

PS Form 3811, July 2013    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Steven J. Lieberman
Attorney at Law
712 Main Street, Suite 2400
Houston, Texas 77002

OCT 29 20